**Mary Catherine MILLAR, Appellant, (Defendant and Cross-Plaintiff below),**

v.

**John W. MILLAR, Appellee, (Plaintiff and Cross-Defendant below).**

**No. 3035.**

Supreme Court of Wyoming.

July 18, 1961.

No brief filed for appellant.

Henry A. Burgess, Sheridan, for respondent.

Before BLUME, C. J., and PARKER, HARNSBERGER, and McINTYRE, JJ.

Mr. Justice HARNSBERGER delivered the opinion of the court.

Appellee has moved to dismiss the appeal of the defendant and cross-plaintiff below for failure to comply with Rule 73(a) and Rule 75(b) of Wyoming Rules of Civil Procedure.

For the same reasons set forth in our opinion rendered this day in Butler v. McGee; Wyo., 363 P.2d 791, the motion to dismiss is denied.

Denied.